79,497-05,06

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 06 2015

Abel Acosta, Clerk

Keith Taylor
Hays Co. jail
1307 uhland Rd.
San Marcos, Tx 78666

Mar. 31st, 2015

Texas Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

Cause No.
WR-79,497-05
Re: Address Change:        WR-79,497-06

Trial Ct NO.
D-1-DC-11-300144-C
Dear clerk,        D-1-DC-12-904028-C

    I am writing to inform you that my address has changed:

       Keith Taylor
       Hays Co. jail
       1307 uhland Rd.
       San Marcos, Tx 78666

    Thank you in advance For your assistance on the matter.

       Sincerely,

       Keith Tay

CC: File, Travis Co. clerk        Keith Taylor